ACCEPTED
03-15-00064-CV
5205241
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 9:47:57 AM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00064-CV**

<table>
<tr>
<td>

In the Court of Appeals
For the Third Court of Appeals District
Austin, Texas

</td>
<td>

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 9:47:57 AM
JEFFREY D. KYLE
Clerk

</td>
</tr>
</table>

ELITE AUTO BODY LLC, d/b/a PRECISION AUTO BODY, REY R. HERNANDEZ, YESICA DIAZ, AND DAVID DAMIAN,
*Appellants,*
v.
AUTOCRAFT BODYWERKS, INC., now known as WASSON ROAD VENTURES, INC., d/b/a AUTOCRAFT BODYWERKS,
*Appellee.*

Expedited Appeal from the 353rd Judicial District Court,
Travis County, Texas, the Hon. Tim Sulak, Presiding

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

Notice is hereby given to this Court and to all parties that counsel for Defendants and Counter/Cross-Plaintiffs has moved from the firm of Fritz, Byrne, Head & Harrison, PLLC, to Taube Summers Harrison Taylor Meinzer Brown, LLP. Counsels' new address and contact information is reflected in the signatures below.

Respectfully submitted,

**TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN, LLP**
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 472-5997
Telecopier: (512) 472-5248

BY:    /s/ Rick Harrison
        Texas State Bar No. 09120000

1

rharrison@taubesummers.com
Kevin W. Brown
Texas State Bar No. 24045222
kbrown@taubesummers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Change of Attorney Address has been served via email on this the 8th day of May, 2015 to the following:

Mr. James Ruiz
Ms. Jacylyn G. Austein
Winstead P.C.
401 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 370-2850
jruiz@winstead.com
jaustein@winstead.com

/s/ Rick Harrison
Rick Harrison